UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TOYA WILSON and HARRY SMITH, | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **JUDGMENT** ) ) No. 7:15-CV-216-FL ) |
| LNV CORPORATION also known as Daniel Andrew Beal and DOES 1 through 10, | ) ) ) ) ) |
| Defendants. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 17, 2015, that pursuant to 28 U.S.C. § 1915(e)(2) this matter is DISMISSED for lack of subject matter jurisdiction.

**This Judgment Filed and Entered on December 17, 2015 and Copies To:**
Toya Wilson and Harry Smith (via U.S. Mail) 104 Stoney Creek Lane, Leland, NC 28451

December 17, 2015        JULIE RICHARDS JOHNSTON, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk